1 | Frank S. Hedin (SBN 291289)
Hedin LLP
2 | 535 Mission Street, 14th Floor
San Francisco, CA 94105
3 | Telephone:  (305) 357-2107
Facsimile:   (305) 200-8801
4 | E-Mail:       fhedin@hedinllp.com

5 | *Counsel for Plaintiff and the Putative Class*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| SYLVIA CHANDRA, individually and on behalf of all others similarly situated, | Case No. 2:25-cv-3984 |
|---|---|
| Plaintiff, | **PLAINTIFF'S NOTICE OF INTERESTED PARTIES** |
| v. | |
| PRAGER UNIVERSITY FOUNDATION, | |
| Defendant. | |

The undersigned, counsel of record for Plaintiff Sylvia Chandra, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

The following list contains the names of all such parties and identifies their connection and interests:

1. Plaintiff Sylvia Chandra;

2. Defendant Prager University Foundation;

3. Hedin LLP (counsel for Plaintiff);

4. Frank S. Hedin (counsel for Plaintiff);

5. Gucovschi Rozenshteyn, PLLC (counsel for Plaintiff);

6. Adrian Gucovschi (counsel for Plaintiff); and

7. Nathaniel Haim Sari (counsel for Plaintiff).

Dated: May 5, 2025

Respectfully submitted,

/s/ Frank S. Hedin
Frank S. Hedin
**HEDIN LLP**
535 Mission Street, 14th Floor
San Francisco, CA 94105
Telephone: (305) 357-2107
Facsimile: (305) 200-8801
fhedin@hedinllp.com

– and –

Adrian Gucovschi*
Nathaniel Haim Sari*
**Gucovschi Rozenshteyn, PLLC**
140 Broadway, FL 46
New York, NY 10005
Telephone: (212) 884-4230
adrian@gr-firm.com
nsari@gr-firm.com

*Counsel for Plaintiff and the Putative Class*

*\* Pro Hac Vice Application forthcoming*