# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA CHANDRA, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>PRAGER UNIVERSITY FOUNDATION<br><br>Defendant(s). | CASE NUMBER:<br><br>2:25-cv-03984-MCS-SK<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   8/11/2025

Document No.:   22

Title of Document:   REQUEST to Substitute attorney Craig J. Mariam in place of attorney Jean-Paul P. Cart filed by Defendant Prager University Foundation.

**ERROR(S) WITH DOCUMENT:**

Proposed document was not submitted or was not submitted as a separate attachment.

pdf is the COMBINE CONSENT AND ORDER – AO154 form... a format not applicable to e-filing. Should have been submitted as a Separate attachment to a "MAIN" document.

Other:

**Note:** In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: August 12, 2025         By: /s/ *Linda Chai  Linda_Chai@cacd.uscourts.gov*
                                              Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS