AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Central **District of** California

SYLVIA CHANDRA

Plaintiff(s),

V.

PRAGER UNIVERSITY FOUNDATIOIN

Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:25-CV-3984-MCS-SK

Notice is hereby given that, subject to approval by the court, **Prager University Foundation** (Party(s) Name) substitutes Craig J. Mariam (Name of New Attorney), State Bar No. 225280 as counsel of record in place of Jean-Paul P. Cart, Venable LLP (Name of Attorney(s) Withdrawing Appearance).

Contact information for new counsel is as follows:

Firm Name: Gordon Rees Scully Mansukhani, LLP
Address: 633 West Fifth Street, 52nd Floor, Los Angeles, CA 90071
Telephone: (213) 270-7856   Facsimile: (213) 680-4470
E-Mail (Optional): cmariam@grsm.com

I consent to the above substitution.
Date: August 11, 2025

Layne Trasher for Prager University Foundation
*Layne Thrasher*
(Signature of Party(s))

I consent to being substituted.
Date: August 11, 2025

Jean-Paul P. Cart
*Jean-Paul Cart*
(Signature of Former Attorney(s))

I consent to the above substitution.
Date: August 11, 2025

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.
Date: August 12, 2025

*Mark C. Scarsi*
Judge
Mark C. Scarsi, United States District Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**