CRAIG J. MARIAM (SBN: 225280)
cmariam@grsm.com
MICHAEL J. DAILEY (SBN: 301394)
mdailey@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
Telephone: (213) 270-7856
Facsimile: (213) 680-4470

Attorney for Defendant
PRAGER UNIVERSITY FOUNDATION

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA CHANDRA and DAMANY BROWNE, individually and on behalf of others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> PRAGER UNIVERSITY FOUNDATION, <br><br> Defendant. | Case No.: 2:25-CV-3984-MCS-SK <br><br> [PROPOSED] ORDER GRANTING DEFENDANT PRAGER UNIVERSITY FOUNDATION'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT <br><br> Date: October 6, 2025 <br> Time: 9:00 a.m. <br> Courtroom: 7C <br> Judge: Hon. Mark Scarsi <br><br> Complaint filed: May 5, 2025 |

1  On September 4, 2025, Defendant Prager University Foundation ("Prager U") moved to dismiss the First Amended Class Action Complaint in the above-entitled action pursuant to Federal Rules of Civil Procedure 12(b)(6), or in the alternative, Motion for a More Definite Statement (the "Motion").

Having read and considered the Parties' filings and arguments, and good cause appearing, the Court hereby **GRANTS** the Motion to Dismiss on the grounds that the First Amended Complaint fails to state a claim upon which relief may be granted, warranting dismissal pursuant to Rule 12(b)(6).

**IT IS SO ORDERED.**

Dated: _____       _____

                                                    Hon. Mark Scarsi
                                                   United States District Judge

Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071