Name, Address and Telephone Number of Attorney(s):

Gucovschi Law Firm, PLLC, Nathaniel Sari Esq., 165 Broadway. Fl. 23, New York, NY 10005, phone: 929-996-3053

Gordon Rees Scully Mansukhani, LLP, Craig Marian, 633 West Fifth Street, 52nd floor, Los Angelos, CA, 90071, phone: 213-270-7856

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sylvia Chandra, et al.<br><br>v.<br><br>Prager University Foundation<br><br>Plaintiff(s)<br><br>Defendant(s). | CASE NUMBER<br><br>2:25-cv-03984-MCS-SK<br><br>REQUEST:<br>ADR PROCEDURE SELECTION |

Pursuant to L.R. 16-15, the parties request that the Court approve the following ADR procedure:

☐ **ADR PROCEDURE NO. 1** - The parties shall appear before the
  ☐ magistrate judge assigned to the case *or* ☐ or any active magistrate judge.
  for such settlement proceedings as the judge may conduct or direct.

☐ **ADR PROCEDURE NO. 2** - The parties shall appear before a neutral selected from the Court's Mediation Panel.

☑ **ADR PROCEDURE NO. 3** - The parties shall participate in a private dispute resolution proceeding.

Dated: February 17, 2026

/s/ Nathaniel Sari

Attorney for Plaintiff    Sylvia Chandra and Damany Browne

Dated: _____

Attorney for Plaintiff    _____

Dated: February 17, 2026

/s/ Michael Dailey

Attorney for Defendant    Prager University Foundation

Dated: _____

Attorney for Defendant    _____

NOTE: If additional signatures are required, attach an additional page to this request.