Frank S. Hedin (SBN 291289)
**HEDIN LLP**
1395 Brickell Ave Ste 610
Miami, FL 33131
Telephone: (305) 357-2107
Facsimile: (305) 200-8801
E-Mail: fhedin@hedinllp.com

*Counsel For Plaintiffs And
The Putative Class*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA CHANDRA AND DAMANY BROWNE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PRAGER UNIVERSITY FOUNDATION,<br><br>Defendant. | No. 2:25-cv-03984-MCS-SK<br>Hon. Mark C. Scarsi<br><br>**JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND RELATED DEADLINES** |

Pursuant to Federal Rule of Civil Procedure 16(b)(4), Plaintiffs Sylvia Chandra and Damany Browne ("Plaintiffs") and Defendant Prager University Foundation ("Defendant" and together with Plaintiffs, the "Parties") respectfully submit this Joint Stipulation to Continue the Scheduling Conference and Related Deadlines, and state as follows:

**WHEREAS**, the Court issued an Order Setting Scheduling Conference on February 11, 2026 (ECF No. 44), setting a Scheduling Conference for March 2, 2026 at 10:00 a.m. in Courtroom 7C before the Honorable Mark C. Scarsi;

**WHEREAS**, the Court's Order requires the Parties to file a Joint Rule 26(f) Report fourteen (14) days before the Scheduling Conference;

**WHEREAS**, the Parties have already submitted their Joint Rule 26(f) Report on February 17, 2026, with seemingly no major disagreements as to scheduling. (ECF No. 45),

**WHEREAS**, the Parties are currently engaged in good-faith settlement discussions, including scheduling of mediation;

**WHEREAS**, the Parties believe that continuing the Scheduling Conference for a brief period to allow the parties to complete these discussions or schedule a firm date for mediation would serve the interests of judicial economy and likely preserve judicial resources that might otherwise be wasted should a settlement be reached or a mediation scheduled by the Parties in the near term;

**WHEREAS**, neither Party has previously requested a continuance of the Scheduling Conference, and no prior time modifications have been sought in this case;

**WHEREAS**, the requested three-week continuance will not prejudice either Party or unduly delay this litigation;

**WHEREAS**, the Parties propose that the scheduling conference be continued to a date three weeks from today or as soon thereafter as convenient for the Court, and that the Parties be ordered to submit a joint status report to advise the Court of the status of their discussions a week prior to the rescheduled conference; and

**WHEREAS**, good cause exists for the requested continuance because the Parties are actively engaged in settlement efforts, including scheduling mediation, and the requested continuance is in the interest of judicial economy;

**NOW, THEREFORE**, the Parties stipulate to the following, subject to the Court's approval:

1. The Scheduling Conference currently set for March 2, 2026 at 10:00 a.m. shall be continued to March 23, 2026 at 10:00 a.m., or at such other date and time as is convenient for the Court;

2. One week prior to the rescheduled Scheduling Conference, the Parties shall submit a joint status report advising the Court on the status of their negotiations; and

3. In the event the Parties reach a resolution prior to the continued Scheduling Conference, they will promptly notify the Court and if necessary, file any appropriate stipulation of dismissal.

The Parties are submitting herewith a proposed order effectuating this stipulation for the Court's consideration.

Dated: February 27, 2026

Respectfully submitted,

**HEDIN LLP**

By:/s/ Frank S. Hedin
    Frank S. Hedin
    Attorney for Plaintiff

1  Dated: February 27, 2026

2  **GORDON REES SCULLY MANSUKHANI, LLP**

4  By:/s/ Michael Dailey
   Michael Dailey
   Attorney for Defendant

1

**<u>ATTESTATION OF CONCURRENCE</u>**

2

    I, Frank S. Hedin, attest that concurrence in the filing of the document has been obtained from Defendant's counsel, and that Defendant's counsel agreed to this stipulated continuance.

3

4

Dated: February 27, 2026        By:/s/ Frank S. Hedin

5
                                              Frank S. Hedin

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28