Frank S. Hedin (SBN 291289)
Hedin LLP
1395 Brickell Ave, Ste 610
Miami, Florida 33131
Telephone: (305) 357-2107
Facsimile: (305) 200-8801
E-Mail: fhedin@hedinllp.com

*Counsel For Plaintiffs & Putative Class*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA CHANDRA; and DAMANY BROWNE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PRAGER UNIVERSITY FOUNDATION,<br><br>Defendant. | No. 2:25-cv-03984-MCS-SK<br>Hon. Mark C. Scarsi<br><br>**MOTION TO APPEAR AT SCHEDULING CONFERENCE REMOTELY** |

Plaintiffs Sylvia Chandra and Damany Browne respectfully submit this motion to permit Plaintiffs' counsel to appear at the March 2, 2026 scheduling conference remotely via Zoom.

**BACKGROUND**

On May 5, 2025, Plaintiff initiated this action against Defendant Prager University Foundation by filing the Complaint. (ECF No. 1.) On August 6, 2025, Plaintiff filed the First Amended Complaint. (ECF No. 21 (the "FAC").)

On September 4, 2025, Defendant filed a motion to dismiss the FAC. (ECF No. 28.) Plaintiff filed a response (ECF No. 29), and Defendant filed a reply (ECF No. 30). On October 21, 2025, following in-person oral argument on Defendant's motion to dismiss the FAC, which counsel for both parties attended (ECF No. 33), the Court issued an order granting Defendant's motion to dismiss the FAC with leave for Plaintiff to file an amended complaint. (ECF No. 34.)

On November 4, 2025, Plaintiff filed the operative Second Amended Complaint. (ECF No. 35 (the "SAC").)

On November 18, 2025, Defendant field a motion to dismiss the SAC. (ECF No. 36.) Plaintiff filed a response (ECF No. 38), and Defendant filed a reply (ECF No. 39). On January 27, 2026, following in-person oral argument on Defendant's motion to dismiss the SAC, which counsel for both parties attended (ECF No. 40), the Court issued an order denying Defendant's motion to dismiss the SAC. (ECF No. 41.)

On February 10, 2026, Defendant filed its Answer to the SAC. (ECF No. 43.)

On February 11, 2026, the Court issued an Order setting an in-person Scheduling Conference for March 2, 2026 at 10:00 a.m. (ECF No. 44.)

On February 17, 2026, the parties jointly submitted a Rule 26(f) Report, with no major disagreements as to scheduling (ECF No. 46), as well as an ADR Procedure Selection form in which the parties selected "private dispute resolution" as their chosen alternative dispute resolution procedure. (ECF No. 45.)

On February 27, 2026, the parties jointly filed a stipulated request to continue the Scheduling Conference by three weeks, from March 2, 2026 until March 23, 2026, to afford them time to continue exploring early resolution (including schedule a mediation) and to avoid unnecessarily expending judicial resources on a hearing that might prove unnecessary should a settlement be reached in the interim. (ECF No. 47.) The parties' stipulation to continue the Scheduling Conference remains pending.

**BASIS FOR THE RELIEF SOUGHT**

Until late yesterday evening, Plaintiffs' counsel was fully prepared to travel to Los Angeles to attend the Scheduling Conference set for tomorrow, March 2, 2026. *See* Declaration of Frank S. Hedin ("Hedin Decl.") ¶ 11 & Hedin Decl., Ex. 1 (receipts for non-refundable airfare to and from hearing). Late last night, however, Plaintiffs' counsel experienced an unforeseeable medical issue that now prevents him from engaging in cross-country travel for tomorrow's hearing. Hedin Decl. ¶ 12. Specifically, late last night Plaintiffs' counsel was stung in the back of the head by a wasp while sitting on the outdoor patio area of his home, resulting in severe swelling (and pain) to the

1  back of his head and now his neck. *Id.* Plaintiffs' counsel has been advised that the swelling must
2  be closely monitored and carefully treated over the next few days, and that travel should be avoided.
3  Hedin Decl. *Id.* ¶ 13.

4      Accordingly, Plaintiffs' counsel respectfully requests permission to appear before the Court
5  at tomorrow's Scheduling Conference by Zoom, telephonically, or any other means convenient for
6  the Court. But for this unexpected medical issue experienced by Mr. Hedin late last evening, he
7  would be in attendance in person at tomorrow's Scheduling Conference. *Id.* ¶ 14. Plaintiffs' counsel
8  has attended each of the in-person hearings previously set in this matter, and Mr. Hedin will attend
9  all in-person hearings in this matter in the future. *Id.* ¶ 15. Plaintiffs' counsel sincerely apologizes
10 to the Court for making this request on the eve of tomorrow's Scheduling Conference. *Id.* ¶ 16.

11     Plaintiffs' counsel is available at the Court's convenience to answer any questions the Court
12 may have about this request. A proposed order granting this request is attached hereto.

13 Dated: March 1, 2026            Respectfully submitted,

14                                    **HEDIN LLP**

16                                    By:/s/ Frank S. Hedin
17                                       Frank S. Hedin
                                      Attorney for Plaintiff

**ATTESTATION OF CONCURRENCE**

I, Frank S. Hedin, attest that I attempted to obtain Defendant's concurrence to the relief sought in this motion but was unable to reach Defendant's counsel.

Dated: March 1, 2026            By:/s/ Frank S. Hedin
                                    Frank S. Hedin
                                    Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

The foregoing document was filed electronically using the Court's CM/ECF docketing system on March 1, 2026, which provides service to all counsel of record electronically.

Dated: March 1, 2026        By:/s/ Frank S. Hedin
                                Frank S. Hedin
                                Attorney for Plaintiff

- 5 -   MOTION TO APPEAR REMOTELY AT SCHEDULING CONFERENCE
CASE 2:25-CV-03984-MCS-SK