Frank S. Hedin (SBN 291289)
Hedin LLP
1395 Brickell Ave, Ste 610
Miami, Florida 33131
Telephone: (305) 357-2107
Facsimile: (305) 200-8801
E-Mail: fhedin@hedinllp.com

*Counsel For Plaintiffs & Putative Class*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SYLVIA CHANDRA; and DAMANY BROWNE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PRAGER UNIVERSITY FOUNDATION,<br><br>Defendant. | Case No. 2:25-cv-03984-MCS-SK<br><br>**DECLARATION OF FRANK S. HEDIN IN SUPPORT OF MOTION TO APPEAR AT SCHEDULING CONFERENCE REMOTELY**<br><br>Judge: Hon. Mark C. Scarsi |

I, Frank S. Hedin, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury and based upon my own personal knowledge, that the following statements are true:

1. I am an attorney duly licensed to practice in the State of California and before this Court. I am a partner at Hedin, LLP, counsel for Plaintiffs, Sylvia Chandra and Damany Browne ("Plaintiffs") in the above-captioned action.

2. I submit this declaration in support of Plaintiff's Motion to Appear Remotely at Scheduling Conference. (ECF No. 48.)

3. On May 5, 2025, Plaintiff initiated this action against Defendant Prager University Foundation by filing the Complaint. (ECF No. 1.) On August 6, 2025, Plaintiff filed the First Amended Complaint. (ECF No. 21 (the "FAC").)

4. On September 4, 2025, Defendant filed a motion to dismiss the FAC. (ECF No. 28.) Plaintiff filed a response (ECF No. 29), and Defendant filed a reply (ECF No. 30). On October 21, 2025, following in-person oral argument on Defendant's motion to dismiss the FAC, which counsel for both parties attended (ECF No. 33), the Court issued an order granting Defendant's motion to dismiss the FAC with leave for Plaintiff to file an amended complaint. (ECF No. 34.)

5. On November 4, 2025, Plaintiff filed the operative Second Amended Complaint. (ECF No. 35 (the "SAC").)

6. On November 18, 2025, Defendant field a motion to dismiss the SAC. (ECF No. 36.) Plaintiff filed a response (ECF No. 38), and Defendant filed a reply (ECF No. 39). On January 27, 2026, following in-person oral argument on Defendant's motion to dismiss the SAC, which counsel for both parties attended (ECF No. 40), the Court issued an order denying Defendant's motion to dismiss the SAC. (ECF No. 41.)

7. On February 10, 2026, Defendant filed its Answer to the SAC. (ECF No. 43.)

8. On February 11, 2026, the Court issued an Order setting an in-person Scheduling Conference for March 2, 2026 at 10:00 a.m. (ECF No. 44.)

9. On February 17, 2026, the parties jointly submitted a Rule 26(f) Report, with no major disagreements as to scheduling (ECF No. 46), as well as an ADR Procedure Selection form in which the parties selected "private dispute resolution" as their chosen alternative dispute resolution procedure. (ECF No. 45.)

10. On February 27, 2026, the parties jointly filed a stipulated request to continue the Scheduling Conference by three weeks, from March 2, 2026 until March 23, 2026, to afford them time to continue exploring early resolution (including schedule a mediation) and to avoid unnecessarily expending judicial resources on a hearing that might prove unnecessary should a settlement be reached in the interim. (ECF No. 47.) The parties' stipulation to continue the Scheduling Conference remains pending.

11. Until late yesterday evening, I was fully prepared to fly from my home in Miami, Florida to Los Angeles, California to attend the Scheduling Conference set for tomorrow, March 2, 2026. I previously purchased non-refundable airfare to and from the hearing. *See* Exhibit 1 (receipts of my purchase of such airfare).

12. Late last night, I was stung in the back of the head by a wasp while sitting on the outdoor patio area of my home, resulting in severe swelling (and pain) to the back of my head and now my neck, which unfortunately precludes me from safely traveling to tomorrow's Scheduling Conference.

13. Specifically, I have been advised that this issue must be closely monitored and carefully treated over the next few days, and that travel should be avoided. I am happy to provide the Court further information concerning this issue *in camera* should it so desire.

14. But for this unexpected medical issue I experienced late last evening, I would be in attendance in-person at tomorrow's Scheduling Conference.

15. Plaintiffs' counsel has attended each of the in-person hearings previously set in this matter, and I will attend all in-person hearings in this matter in the future.

16. I sincerely apologize to the Court for making this request on the eve of tomorrow's Scheduling Conference.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed this 1st day of March, 2026 at Miami, Florida.

_____
Frank S. Hedin