# EXHIBIT 1

# Los Angeles, CA

Mon, March 2 | One Way, 1 Passenger | Refundable

**Confirmation #**

# H7QUAS

Ticket Expiration : February 28, 2027

## MIA    LAX  Mon, Mar 2

DL0450  Airbus A321neo

**Duration 5h 55m**

**Depart**

## 7:50am

MON, MAR 2

**Miami, FL (MIA)**
Terminal TBD
(H11)

Nonstop

───── On Time ─────
MIA                                                  LAX

**Arrive**

## 10:32am
was 10:45am

MON, MAR 2

**Los Angeles, CA (LAX)**
Terminal 3
(33)

### Frank Hedin

**Basic Info, Contact & Travel Documents**

SkyMiles® Member

**16E**   Delta Comfort Extra (S)

**Accessible Services (Optional)**

eTicket: #0062409074063

Complete Delta Air Lines Baggage Information
Baggage fees will be assessed at the time you check in

Final baggage fees will be assessed and charged at time of check-in. Baggage fees may change based on the class of service or frequent flyer status.
All prices are (USD) unless otherwise noted.If your travel qualifies for Trip Insurance, you can add it within Trip Details after booking or prior to purchasing a ticket.

View Change & Cancellation Policies

Earn 2 total miles per $1 spent on rent with Bilt. Spend cap applies.

# Trip to Fort Lauderdale

**Confirmation number:**

NL4LXG

**Travel easier with our app**
- Quickly check in
- Manage your trip
- Check flight status

[Explore the app]

**JetBlue Confirmation number:**
YJKFPW

Use the additional confirmation numbers when contacting our partners for seat assignments or reservation assistance for your flights.

**Flight status**  |  Check in

## Flight to Fort Lauderdale

| DEPART | ARRIVE | FLIGHT INFO | |
|---|---|---|---|
| Mon, Mar 2, 2026 | Mon, Mar 2, 2026 | Flight | B6 700  Flight status |
| 3:00 PM | 10:48 PM | | Operated by JetBlue |
| **LAX** | **FLL** | Duration | 4h 48m |
| | | Aircraft | Airbus A321 |
| | | Fare Class | Business (I) |
| Los Angeles, CA, US | Fort Lauderdale, FL, US | Seats | 3D |

Site Feedback

# Travelers

## Frank Hedin

General member

MileagePlus number

*****533

5,445 miles earned this trip  ⓘ

-- PQF | -- PQP

Get a 20% discount or more on extra award miles for this trip **Find out how** ›

| FLIGHT | SEAT |
|---|---|
| LAX - FLL | 3D |
|  | Choose seat |

Treat yourself to a year of Economy Plus® upgrades with a subscription. **Learn more** ›

Traveler contact information

+*******4352

Edit

TSA PreCheck®

--

Edit

**Add lap Infant**  ⌄