## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA CHANDRA; and DAMANY BROWNE, individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>   v.<br><br>PRAGER UNIVERSITY FOUNDATION,<br><br>          Defendant. | No. 2:25-cv-03984-MCS-SK<br>Hon. Mark C. Scarsi<br><br>**[PROPOSED] ORDER GRANTING MOTION TO APPEAR AT SCHEDULING CONFERENCE REMOTELY** |

      The matter before the Court is Plaintiffs' Motion to Appear at Scheduling Conference Remotely (ECF No. 48 (the "Motion").

      IT IS HEREBY ORDERED THAT the Motion is GRANTED.  Plaintiffs' counsel shall be permitted to appear at the Scheduling Conference set for March 2, 2026 at 10:00 a.m. via Zoom.

Dated: _____                      _____
                                                                    HON. MARK C. SCARSI
                                                                    United States District Judge