**DENIED**

BY ORDER OF THE COURT
Dated: 3/2/2026

*Mark C. Scarsi*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA CHANDRA AND DAMANY BROWNE, individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>    v.<br><br>PRAGER UNIVERSITY FOUNDATION,<br><br>          Defendant. | No. 2:25-cv-03984-MCS-SK<br>Hon. Mark C. Scarsi<br><br>**ORDER CONTINUING SCHEDULING CONFERENCE** |

**PURSUANT TO STIPULATION, THE COURT ORDERS AS FOLLOWS:**

Having reviewed the Parties' Joint Stipulation to Set Briefing Schedule and Continue Case Management Conference and Related Deadlines ("Stipulation"), and good cause appearing, THE COURT ORDERS THAT:

1. The Joint Stipulation is APPROVED.

2. The Scheduling Conference currently set for March 2, 2026, at 10:00 a.m. is hereby CONTINUED to March 23, 2026, at 10:00 a.m. in Courtroom 7C.

3. The parties shall submit a joint status report by no later than March 16, 2026.

**IT IS SO ORDERED**

Dated: _____

**DENIED**

BY ORDER OF THE COURT
_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE