UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | **2:25-cv-03984-MCS-SK** | Date | March 3, 2026 |
| Title | *Chandra v. Prager Univ. Found.* | | |

Present: The Honorable    Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:    (IN CHAMBERS) ORDER IMPOSING SANCTIONS AND VACATING SCHEDULING CONFERENCE**

The Court ordered lead trial counsel to appear at the scheduling conference on March 2, 2026. (*See* Order Setting Scheduling Conference § II(c), ECF No. 44; *see also* Initial Standing Order § 2, ECF No. 11.) Counsel for Plaintiffs Sylvia Chandra and Damany Browne did not appear. Instead, on the Sunday before the Monday hearing, counsel filed a motion for leave to appear remotely at the hearing given a medical issue. (Mot., ECF No. 48.) Counsel did not file the motion sufficiently in advance of the hearing for the Court to consider it. (*See* Initial Standing Order § 2.)[1] The Court directs the Clerk to terminate the motion.[2]

---

[1] A newer version of the Court's standing order, which has not been entered in this case but is available at https://apps.cacd.uscourts.gov/Jps/honorable-mark-c-scarsi, forbids all remote appearances.

[2] Nonetheless, the Court notes that counsel was not prepared to appear even before the medical issue arose, as the flight to Los Angeles he booked was not scheduled to land until after the Clerk called the scheduling conference at 10:00 a.m. (Hedin Decl. Ex. 1, ECF No. 48-2 (indicating counsel's flight would have landed at 10:32 a.m.).)

---

If a party fails to appear at a scheduling conference, "the court must order the party, its attorney, or both to pay the reasonable expenses—including attorney's fees—incurred." Fed. R. Civ. P. 16(f)(2). Accordingly, the Court orders Plaintiffs' counsel to pay Defendant Prager University Foundation the reasonable expenses it incurred because of counsel's nonappearance, including but not limited to attorney's fees incurred to attend the hearing. If the parties agree on the measure of the sanction, Plaintiffs' counsel shall pay the agreed sum, and the parties shall file within 14 days a joint statement indicating Plaintiffs' counsel completed the payment. If the parties cannot agree on the measure of the sanction, Defendant instead may file within 21 days a motion for an award of expenses. Any such motion may seek an award for fees incurred to file the motion.

Given the medical issue disclosed in counsel's motion to appear remotely, the Court declines to impose sanctions beyond those mandated by Rule 16(f)(2).

The scheduling conference is vacated. A scheduling order will issue.

**IT IS SO ORDERED.**