UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA CHANDRA, | Case No. 2:25-cv-03984-MCS-SK |
| Plaintiff, | **SCHEDULING ORDER** |
| v. | |
| PRAGER UNIVERSITY FOUNDATION, | |
| Defendant. | |

    The Court has reviewed the parties' Joint Rule 26(f) Report and sets the dates below. The Court will set additional dates, including pretrial and trial dates, after a ruling on class certification is issued. To the extent applicable, the Court orders the parties to comply with the Order Re: Jury/Court Trial available on the Court's website, https://www.cacd.uscourts.gov/honorable-mark-c-scarsi.

///

| Event | Date |
|---|---|
| Non-Expert Discovery Cut-Off | December 4, 2026 |
| Expert Disclosure (Initial) | September 4, 2026 |
| Expert Disclosure (Rebuttal) | October 16, 2026 |
| Expert Discovery Cut-Off | January 4, 2027 |
| Deadline to File a Motion for Class Certification | July 2, 2026 |
| Deadline to File an Opposition to the Motion for Class Certification | July 23, 2026 |
| Deadline to File a Reply in Support of the Motion for Class Certification | August 13, 2026 |
| Hearing Date on Motion for Class Certification | September 14, 2026, at 9:00 a.m. |

**IT IS SO ORDERED.**

Dated: March 3, 2026

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE