**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SYLVIA CHANDRA; and DAMANY BROWNE, individually and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br>  v.<br><br>PRAGER UNIVERSITY FOUNDATION,<br><br>       Defendant. | No. 2:25-cv-03984-MCS-SK<br>Hon. Mark C. Scarsi<br><br>**JOINT STATEMENT RE: ORDER (ECF NO. 51) DATED MARCH 3, 2026** |

Pursuant to the Court's civil minute order dated March 3, 2026 (ECF No. 51 (the "Order")), Plaintiffs Sylvia Chandra and Damany Browne and Defendant Prager University Foundation (collectively, the "Parties") jointly state as follows:

In the Order, the Court ordered Plaintiffs' counsel to pay Defendant its "reasonable expenses it incurred because of counsel's nonappearance, including but not limited to attorney's fees incurred to attend the hearing." (ECF No. 51 at 2.). The Order further stated: "If the parties agree on the measure of the sanction, Plaintiffs' counsel shall pay the agreed sum, and the parties shall file within 14 days a joint statement indicating Plaintiffs' counsel completed the payment." (*Id.*)

On March 3, 2026, Plaintiffs' counsel contacted Defendant's counsel by e-mail to request the total amount of "the reasonable expenses it incurred because of counsel's nonappearance, including but not limited to attorney's fees incurred to attend the hearing."

On March 14, 2026, Defendant's counsel advised Plaintiffs' counsel by e-mail that the expenses reasonably incurred by Defendant's counsel, including the attorneys' fees expended and travel costs incurred by Defendant's counsel to attend the hearing, totaled $4,362.36.

On March 16, 2026, Plaintiffs' counsel sent Defendant's counsel a wire transfer in the amount of $4,362.36, which Defendant's counsel has confirmed was received.

Dated: March 16, 2026                Respectfully submitted,


By: /s/ Frank S. Hedin
  Frank S. Hedin
  Hedin LLP
  1395 Brickell Avenue, Suite 610
  Miami, FL 33131
  Tel: (305) 357-2107

  *Attorney for Plaintiffs*


By: /s/ Michael J. Dailey
  Michael J. Dailey
  Gordon Rees Scully Mansukhani, LLP
  633 West 5th Street, 52nd Floor
  Los Angeles, CA 90071
  Tel: (213) 270-7856
  mdailey@grsm.com

  *Attorney for Defendant*

JOINT STATEMENT RE: ORDER
DATED MARCH 3, 2026
CASE 2:25-CV-03984-MCS-SK

## CERTIFICATE OF SERVICE

The foregoing document was filed electronically using the Court's CM/ECF docketing system on March 16, 2026, which provides service to all counsel of record electronically.

Dated: March 16, 2026                    By:/s/ Frank S. Hedin
                                            Frank S. Hedin
                                            *Attorney for Plaintiffs*

3                     JOINT STATEMENT RE: ORDER
                      DATED MARCH 3, 2026
                      CASE 2:25-CV-03984-MCS-SK