# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| SYLVIA CHANDRA, et al. | 2:25–cv–03984–MCS–SK |
| Plaintiff(s), | |
| v. | |
| PRAGER UNIVERSITY FOUNDATION | **ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |
| Defendant(s). | |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

|   3/17/2026   |   54   |   NOTICE OF MOTION AND MOTION for Reconsideration re minutes docket no. 51   |
|---|---|---|
| Date Filed | Document. No. | Title of Document. |

**IT IS HEREBY ORDERED:**

The document is stricken .


DATED: March 18, 2026                    /s/ *Mark C. Scarsi*
                                         United States District Judge