Frank S. Hedin (SBN 291289)
Hedin LLP
535 Mission Street, 14th Floor
San Francisco, Ca 94105
Telephone: (305) 357-2107
Facsimile: (305) 200-8801
E-Mail: Fhedin@hedinllp.com

Adrian Gucovschi
Nathaniel H. Sari
Gucovschi Law Firm PLLC
165 Broadway, Fl. 23
New York, NY 1005
Telephone: (929) 996-3053
Email: adrian@gucovschilaw.com
        nathaniel@gucovschilaw.com

*Counsel for Plaintiffs and
the Putative Class*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA CHANDRA AND DAMANY BROWNE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PRAGER UNIVERSITY FOUNDATION,<br><br>Defendant. | No. 2:25-cv-03984-MCS-SK<br>Hon. Mark C. Scarsi<br><br>CLASS ACTION<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE EXPERT AND CLASS CERTIFICATION DEADLINES AND HEARING DATE**<br><br>Complaint Filed: May 5, 2025 |

In accordance with Local Rules 16-15.7 and 40-2, Plaintiffs Sylvia Chandra and Damany Browne hereby notify the Court that a settlement in principle has been reached with Defendant Prager University Foundation following mediation with the Hon. Gerald Rosen (Ret.) of JAMS on June 16, 2026, and the parties' continued discussions thereafter.

The parties are working to draft and finalize a long-form settlement agreement.

To conserve judicial and party resources and to allow the parties time to finalize the settlement agreement, Plaintiffs respectfully request that the Court vacate all currently scheduled dates in the Court's March 3, 2026 Scheduling Order [ECF No. 52], including the July 2, 2026 deadline to file a motion for class certification, the July 23, 2026 and August 13, 2026 class certification opposition and reply deadlines, the September 14, 2026 hearing on the motion for class certification, and the expert disclosure deadlines and discovery cut-off dates set therein.

Dated: July 2, 2026.

Respectfully submitted,

**GUCOVSCHI LAW FIRM, PLLC**

/s/ *Nathaniel H. Sari*
Adrian Gucovschi, Esq.
Nathaniel Sari, Esq.

NOTICE OF SETTLEMENT
CASE 2:25-CV-03984-MCS-SK