Frank S. Hedin (SBN 291289)
Hedin LLP
535 Mission Street, 14th Floor
San Francisco, Ca 94105
Telephone: (305) 357-2107
Facsimile: (305) 200-8801
E-Mail: Fhedin@hedinllp.com

Adrian Gucovschi
Nathaniel H. Sari
Gucovschi Law Firm PLLC
165 Broadway, Fl. 23
New York, NY 1005
Telephone: (929) 996-3053
Email: adrian@gucovschilaw.com
       nathaniel@gucovschilaw.com

*Counsel For Plaintiffs and
the Putative Class*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SYLVIA CHANDRA AND DAMANY BROWNE, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> PRAGER UNIVERSITY FOUNDATION, <br><br> Defendant. | No. 2:25-cv-03984-MCS-SK <br> Hon. Mark C. Scarsi <br><br> CLASS ACTION <br><br> **[PROPOSED] ORDER VACATING EXPERT AND CLASS CERTIFICATION DEADLINES AND HEARING DATE** <br><br><br> Complaint Filed: May 5, 2025 |

Plaintiffs Sylvia Chandra and Damany Browne have notified the Court that the parties have reached a settlement in principle, which will be memorialized in a written settlement agreement.

In light of the parties' settlement, and good cause appearing, the Court hereby ORDERS that all dates set in the Court's March 3, 2026 Scheduling Order [ECF No. 52] — including the class certification briefing deadlines, the September 14, 2026 hearing on the motion for class certification, and all expert disclosure deadlines and discovery cut-off dates — are VACATED.

**IT IS SO ORDERED.**


Dated: _____


_____
Hon. Mark C. Scarsi
United States District Judge

[PROPOSED] ORDER
CASE 2:25-CV-03984-MCS-SK