# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| SYLVIA CHANDRA, et al. <br><br> Plaintiff(s), <br><br> v. <br><br> PRAGER UNIVERSITY FOUNDATION <br><br> Defendant(s). | 2:25–cv–03984–MCS–SK <br><br><br> **NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   7/2/2026

Document No.:   60–1

Title of Document:   RE Proposed order ONLY

**ERROR(S) WITH DOCUMENT:**

L.R. 58–10 at least 2 lines of text must accompany the Signature Line for Signature of Judge on a last page of proposed order

Other:

**Note:**   **In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated:  July 6, 2026    By:  /s/ *Linda Chai  Linda_Chai@cacd.uscourts.gov*
                               Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS