Frank S. Hedin (SBN 291289)
Hedin LLP
1395 Brickell Ave., Ste 610
Miami, FL 33131
Tel: (305) 357-2107
fhedin@hedinllp.com

*Counsel for Plaintiffs and Putative Class*

[Additional counsel of record on signature page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA CHANDRA AND DAMANY BROWNE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PRAGER UNIVERSITY FOUNDATION,<br><br>Defendant. | Case No. 2:25-cv-03984-MCS-SK<br><br>**PLAINTIFFS' UNOPPOSED REQUEST FOR EXTENSION OF TIME TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS-ACTION SETTLEMENT**<br><br>Judge: Hon. Mark C. Scarsi<br>Mag. Judge: Hon. Steve Kim |

Plaintiffs Sylvia Chandra and Damany Browne ("Plaintiffs"), by and through their undersigned counsel, respectfully move on an unopposed basis for a brief extension of time – an additional two weeks beyond the date set in the Court's July 6, 2026 order (ECF No. 62) – to submit an unopposed motion for preliminary approval of class action settlement in this matter.

**BACKGROUND**

On June 16, 2026, the parties attended a lengthy mediation in this matter overseen by the Hon. Gerald E. Rosen (Ret.) of JAMS (Detroit). At the conclusion of the

mediation, the parties reached an agreement on the material terms of a proposed class-action settlement, which they memorialized in a binding term sheet in the weeks following the mediation with the continued assistance of Judge Rosen. *See* Declaration of Frank S. Hedin ("Hedin Decl.") ¶ 4.

On July 2, 2026, Plaintiffs filed a notice of settlement, advising the Court that the parties had reached a settlement of this matter. (ECF No. 60.)

On July 6, 2026, the Court entered an Order dismissing this case without prejudice, vacating all hearings and deadlines, and directing the filing of any motion for preliminary approval of a class settlement within forty-five (45) days. (ECF No. 62.) The Court's Order further stated that the Court retained jurisdiction to reopen the action for a showing of good cause to the extent additional time is necessary to complete the settlement. *See id.* The 45-day period expires on August 20, 2026. *See id.*

**BASIS FOR THE REQUESTED EXTENSION**

Plaintiffs respectfully seek a brief two-week extension of time, until on or before September 3, 2026, to file an unopposed motion for preliminary approval of the parties' class action settlement, which will allow the parties and their counsel time to complete the modest amount of settlement-related work that remains before Plaintiffs' motion for preliminary approval will be ready to file.

The parties and their counsel are presently working diligently and cooperatively to complete and execute their formal settlement agreement, comprised of the material terms from the parties' binding term sheet in addition to other necessary terms. Hedin Decl. ¶ 7. Plaintiffs' has counsel prepared a draft of the formal settlement agreement, solicited class notice and settlement administration proposals for the administration of the parties' settlement, and prepared a near-final draft of a motion for preliminary approval that will be ready for filing as soon as a proposed administrator is selected and

the settlement agreement is executed – a process that Plaintiffs' counsel anticipate could take at most an additional two weeks to complete.[1] *Id*. ¶ 8.

No party, class member, or other person will be prejudiced by the brief extension requested herein. To the contrary, extending the time for the filing of Plaintiffs' forthcoming motion for preliminary approval will serve the interests of the numerous putative class members who stand to recover meaningful monetary relief should the settlement ultimately meet with the Court's approval. *Id*. ¶ 10. This is the first request by any party to extend a deadline set by the Court's July 6, 2026 Order; no prior request has been made, granted, or denied for an extension of any deadline set by this Order; and this request is made in good faith and not for any purpose of delay. *Id*. ¶ 11. Defendant does not oppose the extension requested herein. *Id*. ¶ 12.

## CONCLUSION

For the reasons set forth above and in the declaration of Frank S. Hedin submitted together herewith, Plaintiffs respectfully request that the Court extend the deadline for Plaintiffs to file a motion for preliminary approval of the parties' class-action settlement by two weeks, until September 3, 2026. A proposed order granting the requested extension is also submitted together herewith.

Dated: August 20, 2026

Respectfully submitted,

By: /s/ Frank S. Hedin

Frank S. Hedin (SBN 291289)
**HEDIN LLP**
1395 Brickell Ave, Ste 610
Miami, FL 33131

---

[1] Plaintiffs' counsel apologizes for the delay in this process but assures the Court that they are working diligently to complete it. *See* Hedin Decl. ¶ 9. The parties' binding term sheet took a bit longer than expected to finalize and execute, but with Judge Rosen's continued assistance, the parties were able to resolve certain disputed issues that remained outstanding at the conclusion of the mediation. *See id.* Additionally, following the execution of the term sheet, one of Plaintiffs' counsel suffered an injury while traveling for work that prevented him from finalizing certain aspects of a draft of the formal agreement for defense counsel's review as soon as had previously been expected, but a near-final draft of the formal agreement is with the parties and will be ready for execution shortly. *See id.*

Tel: (305) 357-2107
fhedin@hedinllp.com

– and –

Adrian Gucovschi
Nathaniel Haim Sari
**GUCOVSCHI LAW FIRM, PLLC**
140 Broadway, FL 46
New York, NY 10005
Tel: (212) 884-4230
adrian@gucovschilaw.com
nathaniel@gucovschilaw.com

*Counsel for Plaintiffs and Putative Class*