UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA CHANDRA AND DAMANY BROWNE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PRAGER UNIVERSITY FOUNDATION,<br><br>Defendant. | Case No. 2:25-cv-03984-MCS-SK<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED REQUEST FOR EXTENSION OF TIME TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS-ACTION SETTLEMENT**<br><br>Judge: Hon. Mark C. Scarsi<br>Mag. Judge: Hon. Steve Kim |

The matter before the Court is Plaintiffs' Unopposed Request for Extension of Time to File Motion for Preliminary Approval of Class Action Settlement (the "Unopposed Request").

IT IS HEREBY ORDERED that the Unopposed Request is GRANTED. On or before September 3, 2026, Plaintiffs shall file a motion for preliminary approval of class action settlement.

Dated: ____________________

____________________
Hon. Mark C. Scarsi
United States District Judge