UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA CHANDRA AND DAMANY BROWNE, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>PRAGER UNIVERSITY FOUNDATION,<br><br>Defendant. | Case No.: 2:25-CV-03984-MCS-SK<br><br>**[PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Judge: Hon. Mark C. Scarsi |

**THIS MATTER HAVING** come before this Court for an Order preliminarily certifying the Settlement Class and preliminarily approving a Settlement between Plaintiffs Sylvia Chandra and Damany Browne (collectively, "Plaintiffs"), individually, and on behalf of the proposed Settlement Class, and Defendant Prager University Foundation ("PragerU" or "Defendant"), and this Court having reviewed the Settlement Agreement (the "Agreement") and attachments thereto, executed by the Parties and submitted to the Court with Plaintiffs' Motion for Preliminary Approval of Class Action Settlement;

**IT IS HEREBY ORDERED** as follows:

This Preliminary Approval Order incorporates the Agreement, and the terms used herein shall have the meanings and/or definitions given to them in the

Agreement, as submitted to the Court with the Motion.

The Court has subject matter jurisdiction pursuant to the Class Action Fairness Act, 28 U.S.C. § 1332(d)(2) and personal jurisdiction over the Parties before it. Additionally, venue is proper in this District pursuant to 28 U.S.C. § 1391(a)(1).

For purposes of the Settlement, and conditioned upon the Settlement receiving Final Approval following the Final Approval Hearing, this Court hereby conditionally certifies the Settlement Class defined as follows and subject to the stated exclusions below:

> all persons in the United States who created accounts with Defendant's "PragerU" website and subsequently watched a video on Defendant's "PragerU" website at any time between May 5, 2023, and May 5, 2025.

Excluded from the Settlement Class are: (1) all persons who are directors, officers, and agents of Defendant, or their respective subsidiaries and affiliated companies; (2) governmental entities; and (3) the Judge assigned to the Action, that Judge's immediate family, and Court staff.

The Court finds that, for purposes of settlement: (a) the number of members of the Settlement Class is so numerous that joinder is impracticable; (b) there are questions of law and fact common to the members of the Settlement Class; (c) the claims of the Plaintiffs are typical of the claims of the members of the Settlement Class; (d) Plaintiffs are adequate representatives for the Settlement Class, and have retained experienced and adequate Class Counsel; (e) the questions of law and fact common to the members of the Settlement Class predominate over any questions affecting any individual members of the Settlement Class; and (f) a class action is superior to the other available methods for the fair and efficient adjudication of the controversy.

For purposes of settlement only, the Court finds and determines that Plaintiffs Sylvia Chandra and Damany Browne will fairly and adequately represent

the interests of the Settlement Class in enforcing their rights in the action, and appoints him as the Class Representative.

For purposes of settlement only, the Court appoints as Class Counsel: Frank S. Hedin of Hedin LLP, and Adrian Gucovschi and Nathaniel Haim Sari of Gucovschi Law Firm, PLLC.

Simpluris, Inc. is appointed as Settlement Administrator. The Settlement Administrator shall abide by the terms and conditions of the Agreement that pertain to the Settlement Administrator.

The Settlement, on the terms and conditions stated in the Agreement, is preliminarily approved by this Court as being fair, reasonable, and adequate, free of collusion or indicia of unfairness, and within the range of possible final approval.

The Final Approval Hearing will be held on June 7, 2027, at _____ a.m./p.m. before the Honorable Mark C. Scarsi in Courtroom 7C of the Felicitas and Gonzalo Mendez U.S. Courthouse, in the United States District Court for the Central District of California, located at 350 W. 1st Street, Los Angeles, CA 90012, to consider: (a) the fairness, reasonableness and adequacy of the proposed Settlement; (b) any objections made by Settlement Class Members to the proposed Settlement; (c) whether the Settlement should be finally approved by this Court; (d) Class Counsel's Application for Attorneys' Fees, Costs, and Service Award; and (e) such other matters as this Court may deem proper and necessary.

Class Counsel are to file and serve the Motion for Final Approval, including the Application for Attorneys' Fees, Costs, and Service Award, no later than _______. The Application for Attorneys' Fees, Costs, and Service Award will be heard concurrently with the request for Final Approval.

The proposed forms of Notice to the Settlement Class are attached to the Agreement as Exhibits B (Email Notice) and C (Long-Form Notice), and are hereby approved for the purpose of notifying the members of the Settlement Class

of the proposed Settlement, the Final Approval Hearing date, and the rights of the members of the Settlement Class to opt-out of or object to the Settlement, and it shall be sent to the members of the Settlement Class substantially in the forms approved. The Parties may by mutual written consent make non-substantive changes to the Notice without Court approval. The Settlement Administration Costs will be paid from the Settlement Fund.

The Notice Program shall be substantially completed no later than ________. The Long-Form Notice shall be posted on the Settlement Website created by the Settlement Administrator and be available on request made to the Settlement Administrator.

In advance of the Final Approval Hearing, the Settlement Administrator shall prepare a declaration confirming the Notice Program was completed in accordance with the terms of this Agreement and the Preliminary Approval Order, describing how the Notice Program was completed, indicating the number of Claim Forms received, providing the names of each individual in the Settlement Class who timely and properly requested to opt-out from the Settlement Class, indicating the number of objections received, and other information as may be necessary to allow the Parties to seek and obtain Final Approval.

The Email Notice and Long-Form Notice, as set forth in Exhibits B and C to the Agreement, and approved by this Preliminary Approval Order, is the best notice practicable, and is reasonably calculated, under the circumstances, to apprise the members of the Settlement Class of the pendency of the Action and their right to participate in, object to, or exclude themselves from the Settlement. This Court further finds that the Email Notice and Long-Form Notice are due and sufficient notice of the Final Approval Hearing date, the Settlement, the Motion for Final Approval and Application for Attorneys' Fees, Costs, and Service Award, and other matters set forth in the Agreement, and that the Email Notice and Long-Form Notice fully satisfy Rule 23 of the Federal Rules of Civil Procedure and the Due

Process Clause(s) of the United States Constitution, to all persons entitled thereto.

Any member of the Settlement Class who intends to object to the fairness, reasonableness, and adequacy of the Settlement, including Class Counsel's Application for Attorneys' Fees, Costs, and Service Awards, must object in writing and send the objection by mail to the Clerk of Court, Class Counsel, Defendant's Counsel, and the Settlement Administrator. For an objection to be considered by the Court, the objection must be submitted no later than the last day of the Objection Period, as specified in the Notice. If submitted by mail, an objection shall be deemed to have been submitted when posted if received with a postmark date indicated on the envelope if mailed first-class postage prepaid and addressed in accordance with the instructions. If submitted by private courier (*e.g.*, Federal Express), an objection shall be deemed to have been submitted on the shipping date reflected on the shipping label. There shall be no combined, collective, or joint objections and, in the event any combined, collective, or joint objections are submitted, they shall be deemed invalid as to all such persons.

For an objection to considered by the Court, the objection must also set forth:

(i) The name of this case, which is *Sylvia Chandra, et al. v. Prager University Foundation*, United States District Court for the Central District of California, Case No. 2:25-CV-03984-MCS-SK;

(ii) the objector's full name, mailing address, telephone number, and email address (if any);

(iii) all grounds for the objection, accompanied by any legal support for the objection known to the objector or objector's counsel;

(iv) the identity of all counsel who represent the objector, including the identity of all counsel (if any) representing the objector who will appear at the Final Approval Hearing;

(v) a list of all persons who will be called to testify at the Final Approval Hearing in support of the objection (if any);

(vi) a statement confirming whether the objector intends to personally appear and/or testify at the Final Approval Hearing; and

(vii) the objector's signature (an attorney's signature is not sufficient).

Any member of the Settlement Class who does not provide a timely and written objection shall have waived any objection and forever be foreclosed from making any objection to the fairness, reasonableness, or adequacy of the proposed Settlement and Class Counsel's Application for Attorneys' Fees, Costs, and Service Award.

Members of the Settlement Class may elect to opt-out of the Settlement Class at any time during the Opt-Out Period. In the event a member of the Settlement Class wishes to opt-out of the Settlement Class and not to be bound by the Agreement, that person must mail a written request to opt-out to the Settlement Administrator postmarked no later than the last day of the Opt-Out Period. The opt-out request must be personally signed by the Settlement Class member and contain the name, address, telephone number, and email address (if any), and include a statement indicating a request to be excluded from the Settlement Class. Any individual in the Settlement Class who does not timely and validly request to opt out shall be bound by the terms of this Agreement even if he or she does not submit a Valid Claim. There shall be no combined, collective, or joint opt-out requests and, in the event any combined, collective, or joint opt-out requests are submitted, they shall be deemed void as to all such persons.

Any member of the Settlement Class who submits a timely opt-out request may not file an objection to the Settlement and shall be deemed to have waived any rights or benefits under the Agreement.

All pretrial proceedings in this Action are stayed and suspended until further order of this Court, except such actions as may be necessary to implement the Agreement and this Preliminary Approval Order.

In the event that (a) this Court does not finally approve the Settlement as provided in the Agreement; (b) this Court does not enter the Final Approval Order as provided in all material respects and substantial form set forth in the Agreement; or (c) the Settlement does not become final for any other reason consistent with the terms of the Agreement, the Agreement shall be null and void and any order or judgment entered by this Court in furtherance of the Settlement shall be vacated *nunc pro tunc*. In such a case, the Parties shall proceed in all respects as if the Agreement had not been executed and the Parties shall in no way be prejudiced in proceeding with or defending this litigation, the conditional class certification effected herein will be null and void, and Defendant shall have the right to object to certification of the Settlement Class or any other class at any future time.

For the benefit of the Settlement Class and to protect this Court's jurisdiction, this Court retains continuing jurisdiction over the settlement proceedings to ensure the effectuation thereof in accordance with the Settlement preliminarily approved herein and the related orders of this Court.

The Parties are directed to carry out their obligations under the Agreement.

Class Counsel shall serve a copy of this Preliminary Approval Order on all named parties or their counsel within seven days of receipt.

///

///

///

///

///

///

**Summary of Applicable Dates**

| | |
|---|---|
| **Deadline to complete Notice Program** | |
| **Deadline to File Motion for Final Approval, including Class Counsel's Application for Attorneys' Fees, Costs, and Service Award** | |
| **Opt-Out Period Ends** | |
| **Objection Period Ends** | |
| **Claim Form Deadline** | |
| **Final Approval Hearing** | June 7, 2027, at ______ a.m./p.m. |

**IT IS SO ORDERED.**

Dated: __________________

______________________________
THE HON. MARK C. SCARSI