Frank S. Hedin (SBN 291289)
HEDIN LLP
1395 Brickell Ave., Suite 610
Miami, Florida 33131
Telephone: (305) 357-2107
Facsimile: (305) 200-8801
E-Mail: fhedin@hedinllp.com

*Counsel for Plaintiffs and Proposed Settlement Class*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

SYLVIA CHANDRA and DAMANY BROWNE, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

PRAGER UNIVERSITY FOUNDATION,

Defendant.

Case No. 2:25-cv-03984-MCS-SK

**DECLARATION OF JACOB KAMENIR ON BEHALF OF SETTLEMENT ADMINISTRATOR SIMPLURIS, INC.**

Judge: Hon. Mark C. Scarsi
Mag. Judge: Hon. Steve Kim
Courtroom: 7C

Complaint Filed: May 5, 2025

I, Jacob Kamenir, declare as follows:

1. I am Vice President for Legal Notice at Simpluris, Inc. ("Simpluris"). Simpluris is a national full-service class action notice and claims administrator located at 3194-C Airport Loop Dr., Costa Mesa, California 92626. I am over twenty-one years of age and authorized to make this declaration on behalf of Simpluris and myself. I am personally familiar with the details outlined here and believe them to be accurate and true.

2. I am an attorney licensed to practice in Minnesota, and hold a Master of Science in Industrial Administration (a variant of an MBA) from Purdue University. I have an extensive background in data analytics and legal marketing, and co-lead Simpluris' legal noticing team. I have developed and overseen, in whole or in part, hundreds of Notice Plans and administrations, and have given both written and oral testimony on notice and administration procedures in federal and state courts.

3. Simpluris has been administering class actions since 2007, in which time we have been appointed in over 10,000 cases and distributed over $10 billion in funds. Our leadership team has over 100 years of combined industry experience that includes some of the largest class action administrations in the United States, including *In re: Equifax, Inc., Customer Data Security Breach*, Case No. 1:17-md-2800 (N.D. Ga.) and *In re: Premera Blue Cross Customer Data Security Breach*, Case No. 3:15-md-2633 (D. Or.). Recent representative cases include *Cordova et al v. United Education Institute et al*, Case No. 37-2012-00083573, Cal. Sup. Ct. (San Diego); *Shuts v. Covenant Holdco, LLC*, Case No. RG10551807, Cal. Sup. Ct. (Alameda); *Hamilton et al v. Suburban Propane Gas Corp.*, Case No. BC433779, Cal. Sup. Ct. (Los Angeles); *Upadhyay et al v. Prometheus Real Estate Group*, Case No. 1-08-CV-118002, Cal. Sup. Ct. (Santa Clara); *Starke v. Stanley Black & Decker Inc.*, Case No. C-03-CV-21-001091, Md. Cir. Ct. (Baltimore); and *Hale v. Manna Pro Products LLC*, Case No. 2:18-cv-00209 (E.D. Cal.).

## PRIVACY AND SECURITY

### Overview

4. Simpluris maintains robust data and cybersecurity practices, controls, and procedures. These include the use of layered, industry-leading software and hardware systems to prevent both

external and internal unauthorized access to sensitive client and company data. Unique among other administrators, Simpluris has developed a comprehensive, integrated administration system, Cadence, which was designed specifically to provide the highest level of data privacy and anti-intrusion security. Our systems are monitored, tested, and constantly upgraded by a highly experienced team of IT professionals, and systemwide security is overseen directly by our CTO.

5. Simpluris is SOC 2 Type 1 and Type 2 certified. SOC 2 is a standard developed by the American Institute of CPAs (AICPA) to ensure that customer data is handled in a way that meets strict security, availability, integrity, confidentiality, and privacy standards. Certification requires an extensive audit of all aspects of company data practices by a qualified independent CPA or accounting firm. A security summary, further describing best practices and safeguards is attached hereto as Exhibit 1.

6. As an approved Redress Administrator for the FTC, and approved Fund Administrator for the SEC, Simpluris maintains Federal Information Security Management Act ("FISMA") and National Institute of Standards and Technology ("NIST") certification for data security.

**Security and Access Controls**

7. In compliance with the above certifications, Simpluris maintains strict physical and electronic access controls. For physical infrastructure and equipment these include access logs, video monitoring, and alarm systems. For electronic systems, this includes comprehensive, constantly monitored and updated, best-in-class anti-intrusion and anti-exfiltration measures. Access privileges to all computers, including individual employee workstations, is limited to the minimum required. Requests for additional privileges must be approved by both the employee's manager and IT security.

**Administrative Policies**

8. All Simpluris employees undergo a pre-hire background check and screening process.

9. All Simpluris employees enter into a non-disclosure agreement.

10. All Simpluris employees are required to undergo HIPAA training.

11. All Simpluris employees are held to the highest ethical standards, and expected behavior is codified in the Employee Handbook, as well as other written policies and procedures.

Simpluris adheres to clearly defined disciplinary procedures, and violations of policy can result in consequences up to and including termination of employment.

12. Only US-based employees have access to systems that contain class data.

13. When employment ends, the former employee's access to all Simpluris physical locations and electronic systems is immediately terminated.

14. Simpluris carefully reviews all vendors and third-party services and service providers, and engages only those who meet our high standards for security and reliability.

15. Simpluris has never experienced a data breach. However, should such an event take place, Simpluris maintains a detailed incident response plan. The plan includes specific internal procedures and responses, as well as external notifications to our general counsel and third-party stakeholders.

**Data Practices**

16. Simpluris will collect and maintain class data only to the extent required by the administration of this Notice Plan.

17. In all situations in which Simpluris employees handle PII and PHI, including class member data, we do so solely for the purpose of carrying out our duties and responsibilities as a third-party administrator.

18. Class data is maintained and preserved only for as long as required for administration of the Notice Plan and any relevant subsequent reporting required. Data maintained on Simpluris' systems, including backups, is then deleted using NIST/DOD standards. Any data existing on external drives or other media provided to Simpluris in the course of the administration are either securely returned to the party that provided them, or wiped using NIST/DOD standards and physically destroyed.

**Insurance**

19. Simpluris maintains appropriate insurance coverage, including E & O and cybersecurity policies.

## OVERVIEW

20. Subject to the Court's approval, Simpluris has been selected by the parties to serve as the settlement administrator for this matter. Based on information concerning the size and available contact information for the Class provided by Class Counsel to date and outlined below, Simpluris anticipates the final claims rate to be between 1% and 5%, and that the total costs of the administration will be approximately $21,205.00, with a not-to-exceed cap of $25,000.00

21. Based on information provided by Class Counsel to date, in the course of this administration Simpluris will be charged with, among other responsibilities:

a. establishing and maintaining an Interactive Voice Response ("IVR") toll-free telephone number that will be available 24 hours a day and offer answers to frequently asked questions ("FAQs");

b. developing and maintaining an interactive case website that will host relevant case documents and provide information and updates concerning this case to Class Members, and will comply with data privacy requirements, including a detailed Privacy Policy;

c. establishing and maintaining a settlement-specific email address to receive and reply to correspondence from Class Members;

d. emailing direct notice of the case to Class Members for whom a valid email address is available;

e. establishing and maintaining a 26 CFR § 1.468B-1 compliant Qualified Settlement Fund;

f. calculating the amounts due to each Class Member pursuant to the Settlement;

g. processing payments to Class Members;

h. preparing and filing all applicable tax forms and tax returns with state and federal agencies; and

i. reporting on the status of award distribution as required by the parties and Court.

## NOTICE PLAN

22. The Notice Plan described herein is designed using best practices and techniques commonly used in similar cases and approved by both federal and state courts.

23. Rule 23, as amended in 2018, provides that for classes certified under Rule 23(b)(3), "the court must direct to class members the best notice that is practicable under the circumstances, including individual notice to all members who can be identified through reasonable effort. The notice may be by one or more of the following: United States mail, electronic means, or other appropriate means." Fed. R. Civ. P. 23(c)(2)(B); *see also Eisen v. Carlisle & Jacquelin*, 417 U.S. 156, 173 (1974).

24. Based on information provided by Class Counsel, there are approximately 35,000 Class Members, and email addresses are available for substantially the entire Class. The Notice Plan outlined below utilizes email to disseminate individual notice directly to all Class Members, and also includes a dedicated website and toll-free hotline for Class Members to obtain additional information about the case.

### Direct Notice by Email

25. Summary notice of the case will be emailed to all Class Members for whom an email address is available. Based on information provided by the parties, an email address is available in Defendant's records for all Class Members.

26. A representative exemplar of the proposed summary email notice to Class Members is attached hereto as **Exhibit B**.

27. Prior to sending direct email notice, all email addresses will undergo syntax, domain, and mailbox verification to ensure that they are deliverable.

28. Also prior to sending, the approved email notice will be analyzed by email evaluation tools (commonly referred to as "spam checkers") to reduce the likelihood of it being classified as unsolicited or undesirable by email service provider's filtering mechanisms.

29. Simpluris sends all notice emails from high-reputation IP addresses. IP reputation scores are developed by internet service providers ("ISP") and email service providers ("ESP") as a

measure of behavioral quality and trustworthiness. Using high-reputation IPs ensures that ISPs and ESPs do not filter emails sent as part of a high-volume "blast." Additionally, ESPs like Google's Gmail will by default deliver high-reputation emails to the "primary" inbox.

30. Email notice returned as undeliverable will be processed through a public records address verification search (commonly referred to as "skip tracing") utilizing a wide variety of data sources, including public records, real estate records, electronic directory assistance listings, and other sources, to locate updated email addresses. When new email addresses are located, the Class Member database will be updated and the email notice resent.

**Settlement Website**

31. Simpluris will create and maintain a settlement-specific website. The domain name for the website, as selected by the parties, will be www.PragerUVPPASettlement.com. The website will host important documents, including the long-from notice and Settlement Agreement; highlight relevant dates; list answers to frequently asked questions; and provide important case and scheduling updates as they occur. A copy of the proposed long-form class notice is attached hereto as **Exhibit C**.

32. The internet address for the website will be prominently listed in all notice documents.

**Dedicated Toll-Free Hotline**

33. A toll-free hotline devoted to this case will be implemented to help apprise Class Members of their rights and options. The toll-free hotline will be listed in the notices and on the class certification website. The toll-free hotline will utilize an interactive voice response ("IVR") system to provide Class Members with responses to frequently asked questions and provide essential information regarding the class certification. This hotline will be accessible 24 hours a day, 7 days a week.

**AWARD DISBURSEMENT**

34. Simpluris will establish and maintain a 26 CFR § 1.468B-1 compliant Qualified Settlement Fund for this Settlement. Simpluris will ensure that all federal and state statutory and

regulatory tax filing and reporting requirements are fully complied with and completed.

35. Once the notice period and objection deadline have passed, Simpluris will calculate individual award amounts based on the Settlement Agreement. Upon final approval from the Court, Simpluris will disburse award payments to Class Members by check.

36. Any award payments that are returned by the USPS will be skip traced and remailed.

37. When appropriate, tax documents will also be mailed to Settlement Class Members.

38. Once Attorneys' Fees and Expenses, Service Awards, costs of notice and administration, and individual award payments have been paid and the final check negotiation deadline has passed, any residual funds remaining in the QSF will be disposed of in accordance with the Settlement Agreement.

## **CONCLUSION**

39. Simpluris will execute the Settlement Agreement in keeping with the highest industry standards, and in full compliance with all applicable state and federal laws, regulations, and guidelines.

40. Simpluris will be able to execute this Notice Plan, including deliver the email Class Notices to Class members and establish the website and toll-free hotline described above, within thirty (30) days of its receipt of Defendant's records containing the contact information for Class members.

41. The guidelines provided by the Federal Judicial Center (FJC) in *Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide* state that 70% is a high reach threshold for notice. Although not binding, these guidelines are frequently treated as persuasive authority by both state and federal courts. The notice program described above is fully expected to meet and exceed this high threshold.

42. I believe that the proposed Notice Plan, consisting of direct notice by email, a settlement website, and a 24/7 call center, will fully comply with due process, the requirements set forth in Fed. R. Civ. P. 23, and all other state and federal laws, regulations, and FJC guidelines, and that the proposed administration as a whole will fully implement the Settlement Agreement reached

by parties.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on September 3, 2026, at Albert Lea, Minnesota.

Jacob Kamenir