CRAIG J. MARIAM (SBN: 225280)
cmariam@grsm.com
MICHAEL J. DAILEY (SBN: 301394)
mdailey@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
300 South Grand Ave., 32nd Floor
Los Angeles, CA 90071
Telephone: (213) 270-7856
Facsimile: (213) 680-4470

Attorney for Defendant
PRAGER UNIVERSITY FOUNDATION

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SYLVIA CHANDRA AND DAMANY BROWNE, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>PRAGER UNIVERSITY FOUNDATION,<br><br>Defendant. | Case No.: 2:25-CV-3984-MCS-SK<br><br>**NOTICE OF CHANGE OF FIRM ADDRESS**<br><br>Complaint filed: May 5, 2025 |

/ / /

/ / /



Gordon Rees Scully Mansukhani, LLP
300 South Grand Ave., 32nd Floor
Los Angeles, CA 90071

Gordon Rees Scully Mansukhani, LLP
300 South Grand Ave., 32nd Floor
Los Angeles, CA 90071

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, effective immediately, the Los Angeles location of the law firm of GORDON REES SCULLY MANSUKHANI, LLP, counsel for Defendant PRAGER UNIVERSITY FOUNDATION in the above-entitled matter, has relocated and its new address is the following:

**Gordon Rees Scully Mansukhani, LLP**
**300 South Grand Ave., 32nd Floor**
**Los Angeles, CA 90071**

The firm's telephone and fax numbers will remain the same.

Please direct all future correspondence and documents to the new address.

Respectfully submitted,

Dated: September 17, 2026

GORDON REES SCULLY MANSUKHANI, LLP

By: */s/ Michael J. Dailey*
Craig J. Mariam
Michael J. Dailey
*Attorneys for Defendant Prager University Foundation*

Gordon Rees Scully Mansukhani, LLP
300 South Grand Ave., 32nd Floor
Los Angeles, CA 90071

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of September 2026, a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court using the Court's CM/ECF electronic filing system, which will send an electronic copy of this filing to all counsel of record.

*/s/ Michael J. Dailey*
Michael J. Dailey