# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -REOPENING/CLOSING

Case No. 2:25-cv-03984-MCS-SK Date September 23, 2026

Title: Sylvia Chandra v. Prager University Foundation

Present: The Honorable Mark C. Scarsi

Stephen Montes Kerr
Deputy Clerk

Not Reported
Court Reporter / Recorder

Attorneys Present for Plaintiffs:

Attorneys Present for Defendants:

Proceedings: ☐ In Court ☒ In Chambers ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☐ Case should have been closed on entry dated ____________________.

☐ Case settled but may be reopened if settlement is not consummated within ______________ days. Make JS-6.

☒ Other Case should have been reopened on August 21, 2026. Make JS-5

☐ Entered _________________________.

Initials of Preparer SMO